428

(No. 75-CC-233—

Virginia MacLeish Jones Exec. of Estate of John E. MacLeish, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed March 24, 1975.*

Price, Cushman, Keck, Mahin & Cate, Attorneys for Claimant.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 75-CC-254—

James E. Barnes, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed March 24, 1975.*

James E. Barnes, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.